**Dismiss and Opinion Filed July 16, 2013**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00409-CV**

**TIM REED, Appellant**
**V.**
**ADAMS GOLF, LLC, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00494-2013**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion Per Curiam

The Court has before it the parties' July 8, 2013 agreed motion to dismiss appeal. We

**GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(2). We **ORDER**

that all portions of this file that are sealed remain sealed.


PER CURIAM

130409F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

TIM REED, Appellant

No. 05-13-00409-CV        V.

ADAMS GOLF, LLC, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-00494-2013.
Opinion delivered per curiam. Justices Moseley, Bridges and Lang-Miers sitting for the Court.

         In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. All portions of this file that are sealed are ORDERED to remain sealed. The parties are **ORDERED** to bear their own costs of this appeal.

Judgment entered July 16, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

–2–